BARSHAY SANDERS, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115269
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Leonard Genovese, individually and on behalf of all those similarly situated,

    Plaintiff,

-against-

Advanced Health Partners, Inc.,

    Defendant.

Docket No: 2:18-cv-02458-JS-ARL

ORDER

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: July 30, 2018

The Clerk of the Court is directed to mark the case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug. 6, 2018
Central Islip, NY

BARSHAY SANDERS, PLLC

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115269
*Attorneys for Plaintiff*